# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIA HERRERA,**
Appellant,

v.

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE RMAC TRUST, SERIES 2016-CTT, ET AL.,**
Appellee.

No. 4D20-2637

[October 7, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE12-034656(11).

Evan B. Plotka of Evan B. Plotka, P.A., Hollywood, for appellant.

Adam A. Diaz of Diaz Anselmo Lindberg, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***